AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.
JEROME VANTAGGI
*Defendant*

Case No. 5:14mj51

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 06/05/2014 in the county of Lackawanna in the Middle District of Pennsylvania, the defendant violated 18 U. S. C. § 930(a), an offense described as follows:

The Defendant, JEROME VANTAGGI, did knowingly possess and cause to be present a firearm and dangerous weapon in the William J. Nealon Federal Building, in Scranton, PA, a federal facility, in violation of 18 U.S.C. 930(a).

FILED
SCRANTON
JUN 06 2014
PER
DEPUTY CLERK

This criminal complaint is based on these facts:

See attached Affidavit of DUSM Robert Lenahan, Jr.

☑ Continued on the attached sheet.

*Complainant's signature*

Robert Lenahan, Jr. DUSM
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-6-14

*Judge's signature*

City and state: Scranton, PA

Karoline Mehalchick, U.S. MAGISTRATE JUDGE
*Printed name and title*